(11 Misc. Rep. 372.)

### CAPONIGRI v. ALTIERI et al.

(Common Pleas of New York City and County, General Term. February 4, 1895.)

APPEAL—INTERLOCUTORY ORDER.
 A judgment of the general term of the New York city court affirming an interlocutory order and judgment overruling a demurrer to the answer is an interlocutory judgment, and is not appealable to the court of common pleas.

Appeal from city court, general term.

Action by Pasquale Caponigri against Pasquale Altieri and others. From a judgment of the city court affirming an interlocutory order and judgment overruling plaintiff's demurrer to certain defenses and counterclaims alleged in the answer, plaintiff appeals. Dismissed.

Argued before BOOKSTAVER, BISCHOFF, and GIEGERICH, JJ.

Chas. W. Dayton, for appellant.
Burr & De Lacy, for respondents.

BISCHOFF, J. The record does not disclose the jurisdiction of this court to determine the questions presented upon this attempted appeal. The judgment of affirmance of the court below does not award a final recovery. It is interlocutory, also, and from it, therefore, no appeal lies to this court. Fuller v. Tuska (Com. Pl. N. Y.) 17 N. Y. Supp. 356. The appeal should be dismissed, with costs. All concur.